IN THE UNITED STATES COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| RONNIE SMITH ) | |
| ) | Case No: 3:16-CV-01691-SI |
| Plaintiff, ) | |
| ) | Motion for settlement Conference |
| vs ) | |
| ) | |
| ) | |
| CLACKAMAS COUNTY, et al. ) | |
| ) | FILED 01 DEC '17 10:57 USDC-ORP |
| Defendants. ) | |
| _____) | |

COMES NOW, the Plaintiff, Ronnie Smith, to respectfully move this honorable court for a settlement conference in the above captioned case. This motion is based on the attached exhibit letter from the defendants and for a proper resolution of this matter.

WHEREFORE, Plaintiff prays that this Court grants this motion and that this motion was not created for the purpose of delay or harassment.

DATED This 28 day of November 2017

_____
Ronnie Smith - Plaintiff



OFFICE OF COUNTY COUNSEL

PUBLIC SERVICES BUILDING
2051 KAEN ROAD   OREGON CITY, OR 97045

Stephen L. Madkour
County Counsel

Kathleen Rastetter
Chris Storey
Scott C. Ciecko
Alexander Gordon
Amanda Keller
Nathan K. Boderman
Christina Thacker
Shawn Lillegren
Jeffrey D. Munns
Assistants

August 30, 2017

Mr. Ronnie Smith
8378953
2605 State Street
Salem, OR 97310-0505

Re: Smith v. Clackamas County, et al.
US District Ct. for Oregon Case No. 3:16-cv-01691-SI

Dear Mr. Smith:

Please find enclosed a true copy of Defendants' Answer to Second Amended Complaint and Affirmative Defenses.

Also, in an effort to resolve this matter without further litigation we offer you a settlement of $250 total. Should you wish to accept this offer or discuss this case further please do not hesitate to contact me either at the address above, email: jmunns@clackamas.us, or phone (503) 742-5984.

Very truly yours,

Jeffrey D. Munns
Assistant County Counsel

Exhibit Letter